**AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP (SBN 237615)
GARY M. MCLAUGHLIN (SBN 217832)
AANAND MEHTANI (SBN 254556)
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone: 310-229-1000
Facsimile: 310-229-1001

Attorneys for Defendant
STARBUCKS CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TANYA DANKO,<br><br>                Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION; a Washington corporation, ALYSSA MENDOZA, an individual and DOES 1 through 100, inclusive,<br><br>                Defendants. | Case No. CV 11-00384 SVW (DTBx)<br><br>**[PROPOSED] ORDER REGARDING PROTECTION OF CONFIDENTIAL INFORMATION**<br><br>Judge: Hon. Davit T. Bristow,<br>Courtroom: 4, 3rd Floor |

The Court, having considered the Stipulation for Protective Order re Confidential Discovery Material ("Stipulation") submitted by Defendant Starbucks Corporation ("Defendant") and plaintiff Tanya Danko ("Plaintiff"), and finding good cause shown, hereby orders as follows:

The terms set forth in the Stipulation shall be implemented.

**IT IS SO ORDERED**

Dated: June 10, 2011     By _____
       Hon. David T. Bristow
       United States Magistrate Judge

[PROPOSED] ORDER

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On June 10, 2011, I served the foregoing document(s) described as:

**[PROPOSED] ORDER REGARDING PROTECTION OF CONFIDENTIAL INFORMATION**

on the interested party(ies) below, using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 10, 2011 at Los Angeles, California.

Lorachristine Ramsey
[Print Name of Person Executing Proof]      [Signature]